**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| Mr. Lee Otis Thompson,<br>Plaintiff,<br>v.<br>Corporal Shayla Jakes, *et al.*<br>Defendants. | Case No. 2:26-cv-2086-RMG<br><br>**ORDER** |

This matter is before the Court upon the Report and Recommendation ("R&R") of the Magistrate Judge, recommending that Plaintiff's case be summarily dismissed for failure to state a claim upon which relief can be granted, the claim is barred by the applicable statute of limitations, and failure to bring the complaint into proper form. (Dkt, No. 8). The Magistrate Judge recommended that the action be dismissed without prejudice, without leave to amend, and without issuance and service of process. Plaintiff was advised that he had 14 days to file written objections to the R & R and that a failure to timely file objections would result in clear error review and a waiver of the right to appeal the district court's order. (*Id*. at 11). No written objections have been filed.

## I. Legal Standard

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility for making a final determination remains with this Court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). This Court is charged with making a de novo determination of those portions of the R&R to which specific objections are made. *See* 28 U.S.C. § 636(b)(1). Additionally, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*. Where a party fails to timely

file any specific objections, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (citation and punctuation omitted).

## II. Discussion

This action arises out of claims of Plaintiff while he was a pretrial detainee at the Berkeley County Detention Center. In a thorough discussion of the factual and legal issues in this matter, the Magistrate Judge correctly concluded that all of Plaintiff's claims were without merit on several separate and independent grounds, including a failure to state a claim upon which relief can be granted, statute of limitations, and the failure to bring the case into proper form.

## III. Conclusion

For the foregoing reasons, the R&R (Dkt. No. 11) is **ADOPTED** as the Order of the Court. This action is dismissed **WITHOUT PREJUDICE, WITHOUT LEAVE TO AMEND, AND WITHOUT ISSUANCE OR SERVICE OF PROCESS**.

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

October 28, 2026
Charleston, South Carolina